**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| PAUL DOMINO ET AL | CASE NO. 3:20-CV-01365 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| SPARTAN ADVENTURE PARK L L C ET AL | MAG. JUDGE KAYLA D. MCCLUSKY |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that the motion to dismiss [doc. # 9] be **GRANTED**, and Plaintiffs' claims **DISMISSED WITH PREJUDICE**.

Monroe, Louisiana, this 8th day of April, 2021.

_____
Terry A. Doughty
United States District Judge
